# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JOEL MEJIA PLASENCIA,<br><br>        Plaintiff,<br><br>   v.<br><br>MRS. STUMP, et al.,<br><br>        Defendants.<br>_____/ | CASE NO. 1:05-CV-00344-OWW-SMS-P<br><br>ORDER VACATING FINDINGS AND RECOMMENDATIONS FILED ON MAY 26, 2006<br><br>(Doc. 14)<br><br>ORDER DIRECTING CLERK'S OFFICE TO RE-SERVE ORDER FILED APRIL 13, 2006<br><br>(Doc. 13)<br><br>ORDER REQUIRING PLAINTIFF TO COMPLY WITH COURT'S ORDER OF APRIL 13, 2006, WITHIN THIRTY DAYS<br><br>(Doc. 13) |

     Plaintiff Joel Mejia Plasencia ("plaintiff") is a federal prisoner proceeding pro se and in forma pauperis in this civil action pursuant to <u>Bivens v. Six Unknown Named Agents of Federal Bureau of Narcotics</u>, 403 U.S. 388 (1971), which provides a remedy for violation of civil rights by federal actors. On April 13, 2006, the court dismissed plaintiff's amended complaint and ordered plaintiff to file a second amended complaint within thirty days. After more than thirty days passed and plaintiff failed to comply with or otherwise respond to the court's order, the court issued a Findings and Recommendations recommending dismissal of this action. On June 12, 2006, plaintiff filed an objection on the ground that he did not receive the court's order of April 13, 2006.

///

Good cause having been shown, it is HEREBY ORDERED that:

1. The Findings and Recommendations filed on May 26, 2006, is VACATED;
2. The Clerks's Office shall re-serve the order filed on April 13, 2006, and shall include a <u>Bivens</u> form complaint; and
3. Plaintiff shall comply with the court's order of April 13, 2006, within **thirty (30) days** from the date of service of this order.

IT IS SO ORDERED.

**Dated:   July 18, 2006**            **/s/ Sandra M. Snyder**
icido3                                         UNITED STATES MAGISTRATE JUDGE