UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JOEL MEJIA PLASENCIA,<br><br>        Plaintiff,<br><br>vs.<br><br>MRS. STUMP, et al.,<br><br>        Defendants.<br>_____/ | 1:05-cv-00344-OWW-SMS-P<br><br>**ORDER ADOPTING FINDINGS AND RECOMMENDATIONS, AND DISMISSING ACTION FOR FAILURE TO STATE A CLAIM**<br><br>(Docs. 18 and 19)<br><br>**ORDER THAT DISMISAL COUNTS AS A STRIKE UNDER 28 U.S.C. § 1915(G)** |

    Plaintiff Joel Mejia Plasencia ("plaintiff") is a federal prisoner proceeding pro se and in forma pauperis in this civil rights action pursuant to <u>Bivens v. Six Unknown Named Agents of Federal Bureau of Narcotics</u>, 403 U.S. 388 (1971).  The matter was referred to a United States Magistrate Judge pursuant to 28 U.S.C. § 636(b)(1)(B) and Local Rule 72-302.

    On August 25, 2006, the Magistrate Judge filed a Findings and Recommendations herein which was served on plaintiff and which contained notice to plaintiff that any objection to the Findings and Recommendations was to be filed within thirty days.  On October

1

10, 2006, plaintiff filed an objection to the Magistrate Judge's Findings and Recommendations.

In accordance with the provisions of 28 U.S.C. § 636(b)(1)(C) and Local Rule 73-305, this Court has conducted a de novo review of this case. Having carefully reviewed the entire file, the Court finds the Findings and Recommendations to be supported by the record and by proper analysis.

Accordingly, IT IS HEREBY ORDERED that:

1. The Findings and Recommendations, filed August 25, 2006, is ADOPTED IN FULL;

2. This action is dismissed in its entirety as follows:

   a. Plaintiff's claims stemming from the disciplinary charge, hearing, and conviction for threatening staff, which resulted in the loss of time credits, are DISMISSED, without prejudice; and,

   b. Plaintiff's claim(s) against defendant Stump for continuously searching cells and confiscating items, claim(s) against defendant Ayers for calling him names and ordering him placed in administrative segregation, and claim against defendant Pysher for keeping his property from him are DISMISSED, with prejudice, for failure to state a claim upon which relief may be granted; and

///
///
///
///
///

2

3. This dismissal counts as a strike under 28 U.S.C. § 1915(g).

IT IS SO ORDERED.

**Dated:    November 15, 2006**              /s/ Oliver W. Wanger
emm0d6                                       UNITED STATES DISTRICT JUDGE